United States District Court
Southern District of Texas
**ENTERED**
November 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:17-CR-1140-1 |
| | § | |
| OMAR ESPERICUETA | § | |

### ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for November 21, 2019) is hereby reset for sentencing on May 19, 2020, at 9:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED this 18th day of November, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge